UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WANDA SANDERS,

                                Plaintiff,

-against-

ADVANTAGE TOYOTA, INC.,

                                Defendant.
-----------------------------------------------------------------X

Index No.: 20-CV-5081

**STIPULATION OF DISMISSAL**

      IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: August __, 2021

Marjorie Mesidor, Esq.  09/08/2021
Phillips & Associates
Attorneys for Plaintiff
585 Stewart Avenue, Suite 410
Garden City, New York 11530

Jamie S. Felsen, Esq.
Milman Labuda Law Group PLLC
Attorneys for Defendant
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042